GILBERT P. SULLIVAN, administrator and trustee, *vs.* MARY S. CONNELLY & another. June 25, 1962. The decrees of the Probate Court of April 24, 1961, allowing the accounts are affirmed. No costs of these appeals are allowed. The case, previously reported sub nomine *Sullivan* v. *Sullivan,* 335 Mass. 268, was ordered to stand for further hearing in the Probate Court for Suffolk County for specific purposes. These purposes have been accomplished by the painstaking report of the auditor whose findings of fact are final. The facts are of interest only to the litigants.

*Robert F. McCormick (Philip E. Tesorero* with him) for the petitioner.

*Charles C. Craig* for the respondents.